Fey *v.* Fey.

FEY *vs.* FEY and others.

Matter in avoidance of complainant's claim, under proceedings to fore-close his mortgage, must be proved otherwise than by the answer. The testimony *held* not to establish the defence.

Bill to foreclose. On final hearing on pleadings and proofs.

*Mr. S. H. Pennington,* for complainant.

*Mr. John Whitehead,* for defendant Ward.

THE CHANCELLOR.

The defendant George M. Ward, who, through sale under a judgment, became the owner of the mortgaged premises after the recording of the complainant's mortgage, in his answer sets up fraud as a defence to that mortgage. He alleges that the mortgage was given without consideration and in fraud of the creditors of Louis Fey, the mortgagor. His counsel insists that he is entitled to the benefit of his answer in support of this defence, and that the answer is responsive to the bill on that head, and is therefore conclusive unless overcome by proof on the part of the complainant. The matter thus pleaded is set up in avoidance of the complainant's claim, and it is a settled rule that such matter must be proved otherwise than by the answer. The testimony produced is of two kinds: proof of declarations and admissions of the mortgagee, which, it is insisted, show fraud; and testimony as to the business, wages and other pecuniary resources of the mortgagee, offered to show the improbability of his having been, at the time of making the mortgage, the creditor of the mortgagor, (who is his son-in-law,) to the amount of $1500, the principal of the mortgage. The defence is not proved. There will, therefore, be a decree for the complainant.